JUNE 25, 1974

No. A–1220. CALLEY v. CALLAWAY, SECRETARY OF THE ARMY, ET AL. C. A. 5th Cir. Application to recall and stay mandate of the United States Court of Appeals for the Fifth Circuit pending applicant's petition for rehearing en banc in that court, presented to MR. JUSTICE POWELL and by him referred to the Court, denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

JULY 5, 1974

No. 73–6840. ELLISON v. UNITED STATES. C. A. 5th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

JULY 8, 1974

No. 70–102. CAHN, DISTRICT ATTORNEY OF NASSAU COUNTY, ET AL. v. LONG ISLAND VIETNAM MORATORIUM COMMITTEE ET AL. Affirmed on appeal from C. A. 2d Cir. MR. JUSTICE WHITE and MR. JUSTICE REHNQUIST dissent and would reverse judgment for the reasons stated in MR. JUSTICE REHNQUIST's dissenting opinion in *Spence* v. *Washington, ante,* p. 416.
[See also No. 70–102, *Gwathmey* v. *Town of East Hampton, infra.*]

No. 73–1222. TIDEWATER OIL CO. v. UNITED STATES ET AL.; and
No. 73–1224. PHILLIPS PETROLEUM Co. v. UNITED STATES ET AL. Affirmed on appeal from D. C. C. D. Cal.